OPINION — AG — 74 O.S. 1971 255 [74-255], AND 74 O.S. 1975 Supp., 832 [74-832], FORBIDDING OR RESTRICTING EMPLOYMENT OF ALIENS IN PUBLIC EMPLOYMENT OR ON PUBLIC WORKS IS UNCONSTITUTIONAL AND, THEREFORE, THE DEPARTMENT OF MENTAL HEALTH MAY EMPLOY A PERSON TO A MERIT SYSTEM POSITION WHO IS NOT A CITIZEN OF THE UNITED STATES. CITE: 74 O.S. 1971 255 [74-255] (DAVID K. MCCURDY)